**NOT PRECEDENTIAL**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 18-3082
_____

In Re: ROBERT ALLEY,
                                          Petitioner

_____

On a Petition for Writ of Mandamus from the
United States District Court for the District of Delaware
(Related to D. Del. Civ. No. 1-16-cv-00569)

_____

Submitted Pursuant to Rule 21, Fed. R. App. P.
November 1, 2018
Before:  CHAGARES, RESTREPO and SCIRICA, Circuit Judges

(Opinion filed December 20, 2018)
_____

OPINION*
_____

PER CURIAM

On September 16, 2018, Robert Alley filed a petition for writ of mandamus to

compel the District Court to adjudicate his petition for a writ of habeas corpus.  But by

order entered October 17, 2018, the District Court dismissed Alley's habeas petition, so

we must in turn dismiss his mandamus petition as moot.  See Blanciak v. Allegheny

Ludlum Corp., 77 F.3d 690, 698-99 (3d Cir. 1996) ("If developments occur during the

_____
* This disposition is not an opinion of the full Court and pursuant to I.O.P. 5.7 does not
constitute binding precedent.

course of adjudication that eliminate a plaintiff's personal stake in the outcome of a suit or prevent a court from being able to grant the requested relief, the case must be dismissed as moot.").